## UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL NADEAU** )<br>**140 Deer Run** )<br>**Colchester, CT 06415** )<br>**WAYNE GAGNE** )<br>**49 Tenby Drive** )<br>**Nashua, NH 03062** )<br>**PATRICK FARRELL** )<br>**20323 Pinecreek Ridge Lane** )<br>**Klein, TX 77397** )<br>**and all other similarly** )<br>**situated** )<br> )<br>              **Plaintiffs,** )<br> )<br>     **vs.** )<br> )<br>**DANAHER CORPORATION** )<br>**2200 Pennsylvania Avenue NW, Suite 800W** )<br>**Washington DC 20037** )<br>**PALL CORPORATION** )<br>**25 Harbor Park Drive** )<br>**Port Washington, NY 11050** )<br>**BECKMAN COULTER, INC.** )<br>**250 S Kraemer Blvd** )<br>**Brea, CA 92821** )<br>**GLOBAL LIFE SCIENCES** )<br>**SOLUTIONS USA LLC d/b/a CYTIVA** )<br>**100 Results Way** )<br>**Marlborough, MA 01752** )<br>**AB SCIEX LLC d/b/a SCIEX** )<br>**250 Forest Street** )<br>**Marlborough, MA 01752** )<br> )<br>              **Defendants.** )<br> ) | **CASE NO.: 1:26-cv-00923-MJS** |

326068072v.1

## DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendants Pall Corporation, Beckman Coulter, Inc., Global Life Sciences Solutions USA LLC d/b/a Cytiva, AB SCIEX LLC d/b/a SCIEX, and improperly named Danaher Corporation, by and through their attorneys, Seyfarth Shaw LLP, and pursuant to Federal Rule of Civil Procedure 7.1, hereby submit their corporate disclosure statement.

Defendants Pall Corporation, Beckman Coulter, Inc., Global Life Sciences Solutions USA LLC d/b/a Cytiva, and AB SCIEX LLC d/b/a SCIEX are indirect wholly-owned subsidiaries of Danaher Corporation.

Defendant Danaher Corporation is a publicly-traded company.  No parent corporation or publicly held corporation owns at least 10% of Danaher Corporation's stock.

Dated:  May 29, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By:  */s/ Samantha L. Brooks*

Samantha L. Brooks, DC Bar 1033641
sbrooks@seyfarth.com
SEYFARTH SHAW LLP
975 F. Street, N.W.
Washington, DC  20004
Telephone:    (202) 463-2400
Facsimile:    (202) 828-5393

Christopher J. DeGroff, *pro hac vice forthcoming*
CDeGroff@seyfarth.com
Michael D. Jacobsen, *pro hac vice forthcoming*
mjacobsen@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive
Chicago, Illinois  60606
Telephone:    (312) 460-5000
Facsimile:    (312) 460-7000

326068072v.1

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing Defendants' Rule 7.1 Corporate Disclosure Statement was filed by CM/ECF, this 29th day of May 2026, with electronic notification to all counsel of record.

By: */s/ Samantha L. Brooks*

Samantha L. Brooks, DC Bar 1033641
sbrooks@seyfarth.com
SEYFARTH SHAW LLP
975 F. Street, N.W.
Washington, DC  20004
Telephone:    (202) 463-2400
Facsimile:    (202) 828-5393

326068072v.1