## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL NADEAU <br> WAYNE GAGNE <br> PATRICK FARRELL <br> and all other similarly <br> situated, <br><br>                  Plaintiffs, <br><br> vs. <br><br> DANAHER CORPORATION <br> PALL CORPORATION <br> BECKMAN COULTER, INC. <br> GLOBAL LIFE SCIENCES <br> SOLUTIONS USA LLC d/b/a CYTIVA <br> AB SCIEX LLC d/b/a SCIEX, <br><br>                  Defendants. | CASE NO.: 1:26-cv-00923-MJS |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, Samantha L. Brooks (D.C. Bar No. 1033641), a member in good standing of the Bar of the District of Columbia and counsel for Defendants Beckman Coulter, Inc., Integrated DNA Technologies, Inc., Pall Corporation, Cytiva, Abcam, and improperly named Danaher Corporation, and pursuant to Civil Local Rule 83.2(c)(2), move for the admission and appearance of attorney Christopher J. DeGroff *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Christopher J. DeGroff and Certificate of Good Standing, filed herewith.

As set forth in Mr. DeGroff's declaration, he is admitted and an active member in good standing of the State Bars of Illinois and Indiana. Mr. DeGroff is also a member in good standing of the Bar of the United States District Court for the Northern District of Illinois, as well as other courts identified in the declaration.

326240222v.1

This motion is supported and signed by Samantha L. Brooks, an active and sponsoring member of the Bar of this Court.

Dated: June 1, 2026

Respectfully submitted,

By: /s/ *Samantha L. Brooks*
Samantha L. Brooks (D.C. Bar No. 1033641)
sbrooks@seyfarth.com
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, DC 20004-1454
Telephone: (202) 463-2400
Facsimile: (202) 828-5393

Christopher J. DeGroff (to be admitted *pro hac vice*)
cdegroff@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, IL 60606
(312) 460-5982
(312) 460-7982 (facsimile)

*Counsel for Defendants Beckman Coulter, Inc., Integrated DNA Technologies, Inc., Pall Corporation, Cytiva, Abcam, and Danaher Corporation.*

326240222v.1

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Defendants' Motion for Admission of Attorney *Pro Hac Vice* was filed by CM/ECF, this 1st day of June, 2026, with electronic notification to all counsel of record.

/s/  *Samantha L. Brooks*
Samantha L. Brooks (D.C. Bar No. 1033641)
sbrooks@seyfarth.com
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, DC  20004-1454
Telephone:  (202) 463-2400
Facsimile:  (202) 828-5393

326240222v.1

**UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| MICHAEL NADEAU<br>WAYNE GAGNE<br>PATRICK FARRELL<br>and all other similarly<br>situated,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>DANAHER CORPORATION<br>PALL CORPORATION<br>BECKMAN COULTER, INC.<br>GLOBAL LIFE SCIENCES<br>SOLUTIONS USA LLC d/b/a CYTIVA<br>AB SCIEX LLC d/b/a SCIEX,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 1:26-cv-00923-MJS |

**DECLARATION OF CHRISTOPHER J. DEGROFF
IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION**

I, Christopher J. DeGroff, make this declaration under 28 U.S. Code § 1746, and hereby state as follows:

1.      I am an attorney with the law firm Seyfarth Shaw LLP.

2.      My business address is 233 South Wacker Drive, Suite 8000, Chicago, IL, 60606. My telephone number is (312) 460-5982, my fax number is (312) 460-7982, and my email address is cdegroff@seyfarth.com.

3.      I am a member in good standing of the bars of the States of Illinois (Bar No. 6244447) and Indiana (Bar No. 19321-64). *See* **Exhibit A** (Certificate of Good Standing, State Bar of Illinois).

4.      I have been admitted to practice in the following courts:

    a.  State of Illinois, admitted, 5/7/1998; ARDC #6244447

4

b. U.S. District Court for the Northern District of Indiana, admitted 11/4/1996.

c. State of Indiana, admitted, 11/4/1996.

d. U.S. District Court for the Northern District of Illinois, admitted 6/19/1998.

e. U.S. District Court for the Southern District of Indiana, admitted 11/4/1996.

f. U.S. District Court for the Central District of Illinois, admitted 3/8/2002.

g. U.S. District Court for the Western District of Michigan, admitted 10/16/2008.

h. U.S. Court of Appeals for the Seventh Circuit, admitted 6/21/2002.

i. U.S. Court of Appeals for the Sixth Circuit, admitted 6/7/2007.

j. U.S. Court of Appeals for the Ninth Circuit, admitted 8/11/2008.

k. U.S. District Court for the Southern District of Illinois, admitted 11/23/2009.

l. U.S. District Court for the District of Colorado, admitted 2/22/2005.

m. U.S. District Court for the Eastern District of Wisconsin, admitted 2/2/2010.

n. U.S. District Court for the Eastern District of Arkansas, admitted 12/16/2011.

o. U.S. District Court for the Western District of Arkansas, admitted 12/16/2011.

p. U.S. Court of Appeals for the Tenth Circuit, admitted 03/15/2017.

5. I have not been disciplined by any Bar.

6. I have not been admitted *pro hac vice* in this Court within the last two years.

7. I have been admitted pro hac vice one time in this Court within the last two years, in the matter EEOC v. R&R Janitorial, Painting, and Building Services, Inc., Case No. 1:21-cv-02539-RC.

8. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

REMAINDER OF PAGE INTENTIONALLY LEFT BLANK.

5

326240222v.1

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 1, 2026.

Christopher J. DeGroff
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, IL  60606
(312) 460-5982
(312) 460-7982 (facsimile)
cdegroff@seyfarth.com

6

# EXHIBIT A

7

326240222v.1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| MICHAEL NADEAU<br>WAYNE GAGNE<br>PATRICK FARRELL<br>and all other similarly<br>situated,<br><br>       Plaintiffs,<br><br>    vs.<br><br>DANAHER CORPORATION<br>PALL CORPORATION<br>BECKMAN COULTER, INC.<br>GLOBAL LIFE SCIENCES<br>SOLUTIONS USA LLC d/b/a CYTIVA<br>AB SCIEX LLC d/b/a SCIEX,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 1:26-cv-00923-MJS |

## [PROPOSED] ORDER ON MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE

The Court has reviewed the motion for admission of attorney Christopher J. DeGroff *pro hac vice.* Upon consideration of that motion, the Court grants Christopher J. DeGroff pro *hac vice* admission to this Court to appear on behalf of Defendants Beckman Coulter, Inc., Integrated DNA Technologies, Inc., Pall Corporation, Cytiva, Abcam, and Danaher Corporation.

Dated: _____          _____

8

326240222v.1