**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| MICHAEL NADEAU<br>WAYNE GAGNE<br>PATRICK FARRELL<br>and all other similarly<br>situated,<br><br>          Plaintiffs,<br><br>    vs.<br><br>DANAHER CORPORATION<br>PALL CORPORATION<br>BECKMAN COULTER, INC.<br>GLOBAL LIFE SCIENCES<br>SOLUTIONS USA LLC d/b/a CYTIVA<br>AB SCIEX LLC d/b/a SCIEX,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 1:26-cv-00923-MJS |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

I, Samantha L. Brooks (D.C. Bar No. 1033641), a member in good standing of the Bar of the District of Columbia and counsel for Defendants Beckman Coulter, Inc., Integrated DNA Technologies, Inc., Pall Corporation, Cytiva, Abcam, and improperly named Danaher Corporation, and pursuant to Civil Local Rule 83.2(c)(2), move for the admission and appearance of attorney Michael D. Jacobsen *pro hac vice* in the above-entitled action.  This motion is supported by the Declaration of Michael D. Jacobsen and Certificate of Good Standing, filed herewith.

As set forth in Mr. Jacobsen's declaration, he is admitted and an active member in good standing of the State Bar of Illinois.  Mr. Jacobsen is also a member in good standing of the Bar of the United States District Court for the Northern District of Illinois.

326288391v.1

This motion is supported and signed by Samantha L. Brooks, an active and sponsoring member of the Bar of this Court.

Dated: June 2, 2026

Respectfully submitted,

By: /s/  *Samantha L. Brooks*
Samantha L. Brooks (D.C. Bar No. 1033641)
sbrooks@seyfarth.com
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, DC  20004-1454
Telephone:  (202) 463-2400
Facsimile:  (202) 828-5393

Michael D. Jacobsen (to be admitted *pro hac vice*)
MJacobsen@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, IL  60606
(312) 460-5232
(312) 460-7075 (facsimile)

*Counsel for Defendants Beckman Coulter, Inc., Integrated DNA Technologies, Inc., Pall Corporation, Cytiva, Abcam, and Danaher Corporation.*

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true copy of the foregoing Defendants' Motion for Admission of Attorney

*Pro Hac Vice* was filed by CM/ECF, this 2nd day of June, 2026, with electronic notification to all

counsel of record.

/s/  *Samantha L. Brooks*
Samantha L. Brooks (D.C. Bar No. 1033641)
sbrooks@seyfarth.com
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, DC  20004-1454
Telephone:  (202) 463-2400
Facsimile:  (202) 828-5393

326288391v.1