**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MICHAEL NADEAU
WAYNE GAGNE
PATRICK FARRELL,
**and all others similarly**
**situated,**

                **CASE NO.:   1:26-cv-00923-MJS**

         **Plaintiffs,**

**vs.**

DANAHER CORPORATION,
PALL CORPORATION,
BECKMAN COULTER, INC.,
GLOBAL LIFE SCIENCES
SOLUTIONS USA, LLC d/b/a CYTIVA
AB SCIEX, LLC d/b/a SCIEX,

         **Defendants.**

_____/

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, George G. Triantis, (D.C. Bar No. 1671995), a member in good standing of the Bar of the District of Columbia and counsel for Plaintiffs, Michael Nadeau, Wayne  Gagne and Patrick Farrell, pursuant to Civil Local Rule 83.2(c)(2), move for the admission and appearance of attorney Marc R. Edelman *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Marc R. Edelman and Certificate of Good Standing from the Florida Supreme Court, attached hereto.

As set forth in Mr. Edelman's declaration, he is admitted and an active member in good standing of the Florida Bar and the United States District Court for the Middle District of Florida and other courts identified in the declaration. This motion is supported and signed by George G. Triantis, an active and sponsoring member of the Bar of this Court.

Dated: June 4, 2026.

Respectfully submitted by,
*/s/ George G. Triantis*
GEORGE G. TRIANTIS, ESQ.
D.C. Bar No.: 1671995
**MORGAN & MORGAN, P.A.**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: 813-577-4761
Facsimile: 813-559-4870
Gtriantis@forthepeople.com

Marc R. Edelman, Esq.
(to be admitted *Pro Hac Vice*)
MORGAN & MORGAN, P.A.
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: 813-577-4722
Facsimile: 813-257-0572
Medelman@forthepeople.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing, Plaintiffs' Motion for Admission of Attorney *Pro Hac Vice,* was filed by CM/ECF, this 4th day of June 2026, with electronic notification to all counsel of record.

*/s/ George G. Triantis*
GEORGE G. TRIANTIS, ESQ.
D.C. Bar No.: 1671995
**MORGAN & MORGAN, P.A.**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: 813-577-4761
Facsimile: 813559-4870
Gtriantis@forthepeople.com