AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| MICHAEL NADEAU , et al | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    1:26-cv-00923-MJS |
| DANAHER CORPORATION, et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

 Plaintiff's Michael Nadea, et al.                                                                            .

Date:      06/08/2026

/s/ Sophia L. Walker
*Attorney's signature*

Sophia L. Walker, admitted pro hac vice
*Printed name and bar number*

201 North Franklin Street, 7th Floor
Tampa, FL 33602

*Address*

Sophia.walker@forthepeople.com
*E-mail address*

(813) 424-5603
*Telephone number*

(813) 329-6944
*FAX number*