AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| NADEAU et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-00923-MJS |
| DANAHER CORPORATION et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANTS DANAHER CORPORATION, et. al.                                                    .

Date:     06/08/2026

/s/ Michael Jacobsen
*Attorney's signature*

Michael Jacobsen - IL 630584, admitted pro hac vice
*Printed name and bar number*
Seyfarth Shaw LLP
233 South Wacker Drive
Suite 8000
Chicago, IL 60606

*Address*

mjacobsen@seyfarth.com
*E-mail address*

(312) 460-5000
*Telephone number*

(312) 460-7000
*FAX number*