# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MICHAEL NADEAU
140 Deer Run
Colchester, CT 06415
WAYNE GAGNE
49 Tenby Drive
Nashua, NH 03062
PATRICK FARRELL
20323 Pinecreek Ridge Lane
Klein, TX 77397
and all others similarly
situated,

     Plaintiffs,

vs.

                                    Case No.: 1:26-cv-00923-MJS

DANAHER CORPORATION
2200 Pennsylvania Avenue NW Suite 800W
Washington, D.C. 20037
PALL CORPORATION,
25 Harbor Park Drive
Port Washington, NY 11050
BECKMAN COULTER, INC.
5350 Lakeview Parkway Drive South
Indianapolis, IN 46268
GLOBAL LIFE SCIENCES
SOLUTIONS USA LLC d/b/a CYTIVA
100 Results Way
Marlborough, MA 01752
AB SCIEX LLC d/b/a SCIEX
250 Forest Street
Marlborough, MA 01752

     Defendants.

_____

## PLAINTIFFS' MOTION TO EXTEND THE DEADLINE
## FOR CLASS CERTIFICATION

Plaintiffs move the Court for an order extending the deadline for filing their motion for class certification from the deadline set by Local Rule 23.1(b) (90 days after filing of a Complaint) to the end of discovery. Pursuant to Local Civil Rule 7(m), counsel for Plaintiffs conferred with counsel for Defendants regarding the relief sought in this motion on June 12, 2026. Defendants advised that they oppose the motion.

In support of this motion, Plaintiffs incorporate the reasons set forth in their accompanying Memorandum of Law.

Dated: June 15, 2026

Respectfully submitted by,
***/s/ George G. Triantis***
GEORGE G. TRIANTIS, ESQ.
D.C. Bar No.: 1671995
MORGAN & MORGAN, P.A.
201 N. Franklin Street, Suite 700
Tampa, FL 33602
Telephone: 813-577-4761
Facsimile: 813-559-4870
Gtriantis@forthepeople.com

Marc R. Edelman, Esq.
(*Admitted Pro Hac Vice*)
Florida Bar No.: 0096342
MORGAN & MORGAN, P.A.
201 N. Franklin Street, Suite 700
Tampa, Florida 33602
Telephone: 813-577-4722
Facsimile: 813-257-0572
medelman@forthepeople.com

Sophia L. Walker
(*Admitted Pro Hac Vice*)
Florida Bar No.: 1068754
MORGAN & MORGAN, P.A.
201 N. Franklin Street, Suite 700
Tampa, Florida 33602
Telephone: 813-424-5603
Facsimile: 813-329-6944

sophia.walker@forthepeople.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2026, that a true and correct copy of the foregoing was filed with the Clerk of the Court via the CM/ECF filing system which will send an electronic notification to all counsel of record.

*/s/George G. Triantis*
George G. Triantis, Esq.