## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MICHAEL NADEAU<br>WAYNE GAGNE<br>PATRICK FARRELL<br>and all other similarly<br>situated<br><br>           Plaintiffs,<br><br>      vs.<br><br>DANAHER CORPORATION<br>PALL CORPORATION<br>BECKMAN COULTER, INC.<br>GLOBAL LIFE SCIENCES<br>SOLUTIONS USA LLC d/b/a CYTIVA<br>AB SCIEX LLC d/b/a SCIEX<br><br><br>         Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.: 1:26-cv-00923-RDM |

### CONSENT MOTION FOR EXTENSION OF TIME FOR ALL DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT

Defendants Pall Corporation, Beckman Coulter, Inc., Global Life Sciences Solutions USA LLC d/b/a Cytiva, AB SCIEX LLC d/b/a SCIEX, and improperly named Danaher Corporation, by and through their attorneys Seyfarth Shaw LLP, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(m), respectfully request that the Court grant Defendants a 30-day extension of time to answer or otherwise respond to Plaintiffs' Amended Complaint, until July 27, 2026, and state as follows:[1]

---

[1] Defendants Pall Corporation, Beckman Coulter, Inc., Global Life Sciences Solutions USA LLC d/b/a Cytiva, and AB SCIEX LLC d/b/a SCIEX specially appear for purposes of making this Motion.  As argued in Defendants' Motion to Dismiss (ECF No. 10), these Defendants maintain that the Court lacks personal jurisdiction over them and any limited litigation activity of these Defendants to date shall not be construed as a waiver, including this Motion. *See, e.g., Lemon v. Kramer*, 270 F. Supp. 3d 125, 138 (D.D.C. 2017) (ruling that "Defendants have not waived their

1

1.      Plaintiffs filed their Amended Complaint June 12, 2026.   (ECF No. 20.) Responsive filings are due June 26, 2026.

2.      Defendants request a 30-day extension of time to answer or otherwise respond, until July 27, 2026.

3.      Defendants request this consent extension due to work load and scheduling issues, including those associated with the need for certain Defendants in this matter to answer or otherwise respond to the Amended Complaint that was also filed on June 12, 2026, in *Warren, et al. v. Danaher Corporation, et al.*, Case No. 1:26-cv-00556-RDM, as well as with the summer holidays.

4.      A scheduling order has not been issued and the requested extension will not affect any existing deadlines.

5.      Defendants have not made a previous request for extension of time and this consent request is not made for the purpose of delay.

6.      On June 17 and 22, 2026, counsel for Defendants conferred with counsel for Plaintiffs, and Plaintiffs consent to the requested extension.

WHEREFORE, Defendants respectfully request that the Court grant an extension of time until July 27, 2026, for Defendants to answer or otherwise respond to the Amended Complaint.

---

right to challenge this Court's personal jurisdiction by appearing before the Court to file a motion to dismiss").

Dated:  June 22, 2026

Respectfully submitted,

SEYFARTH SHAW LLP


By:  */s/ Christopher J. DeGroff*

Christopher J. DeGroff, *admitted pro hac vice*
IL Bar No. 6244447
CDeGroff@seyfarth.com
Michael D. Jacobsen, *admitted pro hac vice*
IL Bar No. 6303584
mjacobsen@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive
Chicago, Illinois  60606
Telephone:     (312) 460-5000
Facsimile:     (312) 460-7000

Samantha L. Brooks, DC Bar 1033641
sbrooks@seyfarth.com
SEYFARTH SHAW LLP
975 F. Street, N.W.
Washington, DC  20004
Telephone:     (202) 463-2400
Facsimile:     (202) 828-5393

3

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true copy of the foregoing Defendants' Consent Motion For Extension Of Time For All Defendants To Answer Or Otherwise Respond To Amended Complaint was filed by CM/ECF, this 22nd day of June 2026, with electronic notification to all counsel of record.

By:  */s/ Christopher J. DeGroff*

Christopher J. DeGroff, *admitted pro hac vice*
IL Bar No. 6244447
CDeGroff@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive
Chicago, Illinois  60606
Telephone:    (312) 460-5000
Facsimile:    (312) 460-7000

4