**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**MICHAEL NADEAU**
**140 Deer Run**
**Colchester, CT 06415**
**WAYNE GAGNE**
**49 Tenby Drive**
**Nashua, NH 03062**
**PATRICK FARRELL**
**20323 Pinecreek Ridge Lane**
**Klein, TX 77397**
**and all others similarly**
**situated,**

      **Plaintiffs,**

**vs.**

                                  **Case No.: 1:26-cv-00923-MJS**

**DANAHER CORPORATION**
**2200 Pennsylvania Avenue NW Suite 800W**
**Washington, D.C. 20037**
**PALL CORPORATION,**
**25 Harbor Park Drive**
**Port Washington, NY 11050**
**BECKMAN COULTER, INC.**
**5350 Lakeview Parkway Drive South**
**Indianapolis, IN 46268**
**GLOBAL LIFE SCIENCES**
**SOLUTIONS USA LLC d/b/a CYTIVA**
**100 Results Way**
**Marlborough, MA 01752**
**AB SCIEX LLC d/b/a SCIEX**
**250 Forest Street**
**Marlborough, MA 01752**

      **Defendants.**

_____

## PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM

      Plaintiff respectfully moves for leave to file the attached Supplemental Memorandum in

support of its Motion to Extend the Deadline for Class Certification. [ECF No. 21]. Plaintiff filed

that motion on June 15, 2026. After that filing, new and material facts arose in a closely related case, *Critelli, et al. v. Danaher Corporation, et al.*, No. 6:25-cv-01780-AMG-LHP (M.D. Fla.), in which Defendants themselves requested an extended discovery period and an ESI meet-and-confer. That conduct was not before the Court at the time of the prior briefing and bears directly on whether good cause supports the requested extension under Federal Rule of Civil Procedure 6(b)(1)(A) and whether Defendants would suffer any prejudice. The proposed supplement is brief, is limited to this new matter, and will not prejudice any party. Pursuant to Local Civil Rule 7(m), counsel for Plaintiffs conferred with counsel for Defendants regarding the relief sought in this motion on June 24, 2026. Defendants advised that they oppose the motion.

For these reasons, Plaintiffs respectfully request leave to file the attached Supplemental Memorandum.

Respectfully submitted by,
*/s/ George G. Triantis*
GEORGE G. TRIANTIS, ESQ.
D.C. Bar No.: 1671995
MORGAN & MORGAN, P.A.
201 N. Franklin Street, Suite 700
Tampa, FL 33602
Telephone: 813-577-4761
Facsimile: 813-559-4870
Gtriantis@forthepeople.com

Marc R. Edelman, Esq.
(*Admitted Pro Hac Vice*)
Florida Bar No.: 0096342
MORGAN & MORGAN, P.A.
201 N. Franklin Street, Suite 700
Tampa, Florida 33602
Telephone: 813-577-4722
Facsimile: 813-257-0572
medelman@forthepeople.com

Sophia L. Walker
(*Admitted Pro Hac Vice*)

Florida Bar No.: 1068754
MORGAN & MORGAN, P.A.
201 N. Franklin Street, Suite 700
Tampa, Florida 33602
Telephone: 813-424-5603
Facsimile: 813-329-6944
sophia.walker@forthepeople.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2026, that a true and correct copy of the foregoing was filed with the Clerk of the Court via the CM/ECF filing system which will send an electronic notification to all counsel of record.

*/s/George G. Triantis*
George G. Triantis, Esq.